David Lee HURT, Petitioner—Appellant,

v.

Thomas MCBRIDE, Warden, Mt. Olive Correctional Complex, Respondent—Appellee.

No. 06–6320.

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2007.

Decided: April 26, 2007.

John B. Brooks, Morgantown, West Virginia, for Appellant. Dawn Ellen Warfield, Colleen Anne Ford, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Lee Hurt seeks to appeal the district court's orders accepting the recommendations of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition and on his motion to amend. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)

(2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Hurt has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*